A

# 07 C 6589 (Judge Leinenweber)

# EXHIBITS

FILED

DEC 2 7 2007 aew

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Case # 07 C-6589

Part-A / Control #: 2007 X 2038

Referred To: I.A.D.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

AKA - James Worthem

Detainee Last Name: AKA - Scott First Name: David

ID #: 2007-0071905 Div.: 5 Living Unit: 2d-U-2 Date: 9/27/07

BRIEF SUMMARY OF THE COMPLAINT: on 9/26/07, I was taken to the "Skokie court house in Room #108 (Judge "Moran") as always, I exercise my Const. Amend #1, freedom of speech within the court Room but at exactly 12 Noon, My Due process, equal protection clauses, const. amends I and VIII and XIII and the 14th Amendments were violated in the courtroom by "Sheriff" Boyle of whom violently assaulted me first in courtRoom with Judge, States attorney, P.D and the whole courtRoom witnessed this Sheriff "Boyle" Literally and by an extreme use of violent force, punch me in the back of my head and punched me in my Lower back, after this "he" Quickly began yelling at me as I told sheriff to stop hitting me, so he continued to beat me outside of court Room, sending me to "Rush North Hospital by way of Ambulance where I suffered contusions to my head and back areas, along with Left elbow bleeding and in pain.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

SGT. Moore, Sheriff O-malley, States attorney, P.D, Judge and Detainees.

ACTION THAT YOU ARE REQUESTING: Punitive, compensatory damages, pain and suffering, I will persue this action through the federal 1983 suit and as well as under Illinois statute suits. This sheriff acted in a very unprofessional manner and should not be allowed to work around people.

James Worthem

**DETAINEE SIGNATURE:** AKA. David Scott

C.R.W.'S SIGNATURE: M Howard [signature] DATE C.R.W. RECEIVED: 10 / 2 / 07

*Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.*

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Case #07 C 6589

Part-A / Control #: 2007X2173

Referred To: CERMAK

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: Worthem AKA Scott First Name: James AKA David

ID #: 2007-0071905 Div.: 5 Living Unit: 1-D Date: 10/25/07

BRIEF SUMMARY OF THE COMPLAINT: This is my 3rd Attempt at Invoking my Absolute Federal, State, Statutory Rights to Receive Medical Attention My Grievances on this matter are mysteriously being unheard or unseen, I am sick, I have bronchial/Asthma, serious cough, sores in mouth due to an assault by a spitter "Marcus Dixon" on 10/13/07 and of the extreme cold air blowing through my cell by way of vents, also I was suppose to receive an X-Ray on 10/9/07 per the alleged order of DR. Ting but to no avail, Also I was violently assaulted on 9/26/07 by C.C.D.O.C. Sheriffs at Skokie for exercising my 1st Amend Right and was sent to outside hospital, why isn't medical officials doing any follow ups on my health and well being issues and why are protective custody detainees only allowed to receive medical attention once a month?

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: All of Detainees on 1-D c/o Sandoval, c/o Herrara, c/o Salmon, Chief Wright, Supt Hickerson, Director Godinez

ACTION THAT YOU ARE REQUESTING: 1983, for Reckless Disregard of my Absolute Medical Rights and my 8th Amend violation, Federal, State and statutory violations Also my Due Process and equal protection laws violated.

**DETAINEE SIGNATURE:** James Worthem AKA David Scott

C.R.W.'S SIGNATURE: G. Lewandki DATE C.R.W. RECEIVED: 10/25/07

HEALTH SERVICES COOK COUNTY OCT 29 12:55 ADMINISTRATIVE OFFICE

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)

Case # 07-C-6589

Part-A / Control #: 2007X2397

Referred To: CERMAK

☐ Processed as a request.

# COOK COUNTY DEPARTMENT OF CORRECTIONS
# DETAINEE GRIEVANCE

Detainee Last Name: WORTHEM Aka Scott First Name: James Aka David

ID #: 2007-0071905 Div.: 5 Living Unit: 1-D Date: 11/29/07

BRIEF SUMMARY OF THE COMPLAINT: on 10/13/07 I was spit on by a Detainee and taken down to Receiving Medical by escort Sgt Kubinski and the Medical staff were supose to send Me to the E.R. do to body fluid exposure were a post exposure panel was to be conducted but that never happend do to Medical Staffs Reckless disregard, Deliberate indifference and 8th Amend. Violation of Right and 14th Amend viol of Due process and equal protection clause viol. So Do to My Grievance on that Matter I was seen by a DR. Carasquillo on 10/30/07 do to lots of Sores in My Mouth at which I felt was from the spitting incident but DR. Carasquillo in front of Nurse Staff and c/o Boute stated that the only Reason how I could of Gotten those Sores is if the Guy who spit on Me kissed Me in Mouth which was very degrading and disrespectful and highly unprofessional, she ordered a post exposure panel but never happend and again do to Mother Grievance, I was seen by DR. Ting on 11/29/07 who did blood works.

NAME OF STAFF OR DETAINEE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: DR. Carasquillo Nurse Staff on location at Aprox 3:30 pm on 10/30/07, Officer Boute who escorted Me.

ACTION THAT YOU ARE REQUESTING: State and federal suit. 1983 Action for Deliberate indifference and Medical Malpractice against DR. Carasquillo for Reckless Disregard and doctor/patient code of privacy

**DETAINEE SIGNATURE:** James Worthem Aka David Scott

C.R.W.'S SIGNATURE: [signature] DATE C.R.W. RECEIVED: 12/30/07

***Please note: Decisions of the "Detainee Disciplinary Hearing Board" cannot be grieved or appealed through the use of a grievance form. All appeals must be made in writing and directly submitted to the Superintendent.***

(WHITE COPY – PROG. SERV.) (YELLOW COPY – C.R.W.) (PINK COPY – DETAINEE) (GOLDENROD COPY – DIVISION/SUPT. OFFICE)